IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTHUR A. RUGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 3:13-CV-0448 |
| v. | ) |
| | ) JUDGE HAYNES |
| THE BAILEY COMPANY, INC., | ) |
| d/b/a THE BAILEY COMPANY, | ) JURY DEMAND |
| INC. OF DELAWARE | ) |
| | ) |
| Defendant. | ) |
| | ) |

*[Handwritten annotation: Denied — Based upon the amended complaint that supercedes the original complaint, this motion is denied as moot and without prejudice to the Defendant's second motion to dismiss P/S/No. 26 4-1-14]*

## DEFENDANT THE BAILEY COMPANY INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, The Bailey Company, Inc. ("Bailey Co."), respectfully moves this Court to dismiss Plaintiff's Complaint [Doc. No. 1] with prejudice because the Complaint shows on its face that it is time-barred by the applicable one-year statute of limitations. The grounds for this Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

FLEISSNER, DAVIS AND JOHNSON

s/ JOHN G. HUISMAN
JOHN G. HUISMAN
Tenn. BPR No. 23991
C. SCOTT JOHNSON
Tenn. BPR No. 019810
Attorneys for Defendant
600 Georgia Avenue, Suite One
Chattanooga, TN 37402
Telephone: 423-756-3591
Facsimile: 423-266-5455
jhuisman@fleissnerfirm.com
sjohnson@fleissnerfirm.com